UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AVEL IVANOVICH REVENKO,

               Petitioner,

   v.

PAMELA BONDI, et al.,

               Respondent.

CASE NO. 2:25-cv-02149-RAJ-BAT

ORDER GRANTING HABEAS WRIT AND RELEASING PETITIONER

The Court has conducted a *de novo* review of this matter, considered the report and recommendation and all pleadings and the record and finds and ORDERS:

1. The habeas petition is granted, and Petitioner, Mr. Revenko shall be released two days after the filing of the order. Respondents shall file a certification within 48 working hours of this date that Petitioner has been released. The motion for discovery is stricken as moot.

2. The clerk shall provide a copy of this order to all parties.

DATED this 21st day of January, 2026.

                                                                                    The Honorable Richard A. Jones
                                                                                   United States District Judge