UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AVEL IVANOVICH REVENKO,

          Petitioner,

  v.

PAMELA BONDI, et al.,

          Respondent.

CASE NO. 2:25-cv-02149-RAJ-BAT

*AMENDED* ORDER GRANTING HABEAS WRIT AND RELEASING PETITIONER

The Court has conducted a *de novo* review of this matter, considered the report and recommendation and all pleadings and the record and finds and ORDERS:

1. The habeas petition is granted, and Petitioner, Mr. Revenko shall be released tomorrow, January 22, 2026 no later than 3:00pm to Veneamin Revenko and /or Igor Zharyuk. Respondents shall file a certification within 48 working hours of this date that Petitioner has been released. The motion for discovery is stricken as moot.

2. The clerk shall provide a copy of this order to all parties.

DATED this 21st day of January, 2026.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

AMENDED ORDER GRANTING HABEAS
WRIT AND RELEASING PETITIONER - 1