# United States District Court
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AVEL IVANOVICH REVENKO,

                Petitioner,

   v.

PAMELA BONDI, et al.,

                Respondent.

**JUDGMENT IN A CIVIL CASE**

Case No. 2:25-cv-02149-RAJ-BAT

_____ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT:

The Report and Recommendation is adopted and approved.  The habeas petition is granted, and Respondents' SHALL RELEASE THE PETITIONER tomorrow, January 22, 2026 no later than 3:00pm to Veneamin Revenko and /or Igor Zharyuk.

Dated this 21st day of January, 2026.

JOSHUA C. LEWIS
Clerk of Court

Alejandro Pasaye Hernandez
Deputy Clerk